**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 04-1964**

_____

LILLIAN TAYLOR,

Plaintiff - Appellant,

versus

MORGAN STATE UNIVERSITY,

Defendant - Appellee.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   William M. Nickerson, Senior District
Judge.  (CA-03-2978-WMN)

_____

Submitted:  January 27, 2005       Decided:  February 1, 2005

_____

Before LUTTIG and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

John E. Carpenter, Washington, D.C., for Appellant.  J. Joseph
Curran, Jr., Attorney General of Maryland, Mark J. Davis, Assistant
Attorney General, Baltimore, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Lillian Taylor appeals the district court's order denying relief on her civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Taylor v. Morgan State University, No. CA-03-2978-WMN (D. Md. May 25, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED